```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**GRACE B. RYAN AND CLARA B. RYAN**                **CIVIL ACTION**

**VERSUS**                                         **NO. 09-3261**

**THUNDER RESTORATION, INC.,**                     **SECTION: B(1)**
**ABC INSURANCE, CHUBB FEDERAL**
**INSURANCE COMPANY, MARK REYER**

## ORDER AND REASONS

Before the Court is Defendant Federal Insurance Company's ("Federal") Motion for Summary Judgment (Rec. Doc. No. 46) and Plaintiffs' Opposition thereto (Rec. Doc. No. 51).

Federal's Motion for Summary Judgment is largely based upon Plaintiffs' admissions by default. Plaintiffs timely submitted a memorandum in opposition to the Motion for Summary Judgment, asserting that due to a computer error, Plaintiffs' counsel did not receive the discovery responses in enough time to submit a proper response. Plaintiffs additionally filed a Motion to Withdraw and Amend Default Admissions or for Extension of Time to Complete Discovery on the same basis, to which Federal has filed a memorandum in opposition. *See* Rec. Doc. Nos. 52, 54. Plaintiffs argue that resolution of this pending motion should moot Federal's Motion for Summary Judgment. *See* Rec. Doc. No. 52. Hearing on this motion began before the Magistrate Judge on April 20, 2011 and is set to reconvene on May 4, 2011. Accordingly,

**IT IS ORDERED** that Federal's Motion for Summary Judgment (Rec. Doc. No. 46) is hereby **DISMISSED,** without prejudice to refile upon resolution of the issues before the Magistrate Judge.

New Orleans, Louisiana, this 21st day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE